715 A.2d 428

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Richard LUSSI, Petitioner.**

Supreme Court of Pennsylvania.

Aug. 18, 1998.

## ORDER

PER CURIAM:

AND NOW, this 18th day of August, 1997, the Petition for Allowance of Appeal is hereby

**GRANTED,** limited to the issue of:

Whether the trial court erred in allowing the Commonwealth to proceed to jury on the general charge of theft by failure to make required disposition of funds when Petitioner was charged with the specific crime of defaulting tax collector under the LTCL, 72 Pa.C.S. § 5511.39?